Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
THE MILLER FIRM
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| HAROLD MATTHEWS, HELEN L. GOINS, CARL BAILEY, CAROLYN SQUIER, EDWARD MELOCHE AND ZELMA LEE,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>Defendants. | **MDL NO. 1699**<br><br>**District Judge:  Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS CARL BAILEY**<br><br>Case No.  06-CV-05848-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiffs, Carl Bailey, from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

Dated: January 22, 2007

Respectfully submitted,

THE MILLER FIRM

By: _____
J. CHRISTOPHER IDE

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
THE MILLER FIRM
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiffs

Dated: 1/26/07

Respectfully submitted,

GORDON & REES

By: _____
STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: January 31, 2007

_____
Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

-- 2 --

COMPLAINT