1   Michael J. Miller, VA Bar No. 19171
    J. Christopher Ide , VA Bar No. 19307
2   David C. Andersen, CA Bar No. 194095
    THE MILLER FIRM, LLC
3   108 Railroad Avenue
    Orange, VA 22960
4   Telephone:  (540) 672-4224
    Facsimile:  (540) 672-3055
5
    Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

11

12  HAROLD MATTHEWS, HELEN L.          **MDL NO. 1699**
    GOINS, CARL BAILEY, CAROLYN
13  SQUIER, EDWARD MELOCHE AND         **District Judge:  Charles R. Breyer**
    ZELMA LEE,
14                                     **STIPULATION AND ORDER OF**
                Plaintiffs,            **DISMISSAL WITHOUT PREJUDICE AS**
15                                     **TO PLAINTIFF HELEN L. GOINS**
    v.
16                                     Case No.   06-CV-05848-CRB
    PFIZER INC., PHARMACIA
17  CORPORATION, and G.D. SEARLE, LLC,

18              Defendants.

19

20          Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

21  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

22  Plaintiff, Helen L. Goins, from this action without prejudice with each side bearing its own

23  attorney's fees and costs.

24          Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

25  Defendant's, they should do so only by re-filing in the United States District Court.

26

27

28

                                                                          COMPLAINT

1
2    Dated:  April 18, 2007                     Respectfully submitted,

3                                               THE MILLER FIRM, LLC

4                                               By: _David C. Andersen_____

5                                                   DAVID C. ANDERSEN

6
7                                               Michael J. Miller, VA Bar No. 19171
                                                J. Christopher Ide , VA Bar No. 19307
8                                               David C. Andersen, CA Bar No. 194095
                                                THE MILLER FIRM, LLC
9                                               108 Railroad Avenue
                                                Orange, VA 22960
10                                              Telephone:  (540) 672-4224
                                                Facsimile:  (540) 672-3055
11
                                                Attorneys for Plaintiffs
12

13   Dated:  _5 - 14 - 07_____                  Respectfully submitted,
14
                                                GORDON & REES
15
16                                              By: _Stuart M. Gordon_____
17                                                  STUART M. GORDON

18
                                                CA Bar No.  37477
19                                              GORDON & REESE
                                                275 Battery Street, Ste. 2000
20                                              San Francisco, CA 94111
                                                Telephone:  (415) 986-5900
21                                              Facsimile:  (415) 262-3801

22                                              Attorneys for Defendants

23   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS**
24   **SO ORDERED**

25   Dated:  _May 15, 2007 ___

26

27   _____
     Hon. Charles R. Breyer
28   United States District Judge

                                   IT IS SO ORDERED
                                   Judge Charles R. Breyer

- - 2 - -                                                              COMPLAINT